BUFFALO BOARD OF TRADE et al., Respondents, v. WARD, Com'r of Public Works, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the Buffalo Board of Trade and others against Francis G. Ward, as commissioner of public works of Buffalo, and others.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., dissents · upon the authority of People ex rel. Adams Dry Goods Co. v. Woodbury, 88 App. Div. 443, 85 N. Y. Supp. 174.

BUNNER, Respondent, v. CONSOLIDATED RUBBER TIRE CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Henry S. Bunner against the Consolidated Rubber Tire Company. C. W. Stapleton, of New York City, for appellant. H. W. Hardon, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BUNYAN et al. v. COMMISSIONERS OF PALISADES INTERSTATE PARK et al. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Helen A. Bunyan, as executrix, etc., and others, against the Commissioners of the Palisades Interstate Park and others.

PER CURIAM. Motion for leave to go to the Court of Appeals granted, and question certified: Does the complaint state facts sufficient to constitute a cause of action? Motion for a stay denied, without prejudice to any application this plaintiff may make for a stay in the proceedings for condemnation in the Ninth judicial district. For former decisions, see 167 App. Div. 457, 153 N. Y. Supp. 622; 153 N. Y. Supp. 1108.

BUSHNELL v. HAMMOND et al. (two cases). (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Winthrop G. Bushnell against John H. Hammond and others. No opinion. Motion to dismiss appeal granted. Order filed.

BUTLER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by John Butler against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

CACCAMO, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Guiseppe Caccamo against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., dissents.

In re CAHILL. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) In the matter of Frederick T. Cahill, an attorney at law. No opinion. Upon reading and filing certified copy of record of conviction of said Frederick T. Cahill of. the crime of grand larceny, second degree, on June 7, 1915, by County Court of Oswego County, .the name of said Frederick T. Cahill is stricken from the roll of attorneys and counselors at law.

CARRIER, Respondent, v. CARRIER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Annie O. Carrier against Cassius M. Carrier.

PER CURIAM. Upon defendant's statement in open court that his appeal from the judgment has been abandoned, the appeal from the judgment is dismissed, with costs. The order granting a counsel fee to plaintiff's attorneys is modified by directing that the same be allowed and paid to the plaintiff, and, as so modified, affirmed, without costs. See, also, 167 App. Div. 405, 153 N. Y. Supp. 509.

CASSIDY, Respondent, v. DEVOY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph Cassidy against Charles S. Devoy, individually and as clerk of the county of Kings. No opinion. Application granted. See, also, 153 N. Y. Supp. 616.

CAUFIELD v. PIFER. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Thomas Caufield against William J. Pifer. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff, upon the verdict, with costs.

CAVANAGH v. PINE HILL CRYSTAL SPRING CO. et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Paul Cavanagh against the Pine Hill Crystal Spring Company and Joseph A. Seidman, appellant. J. A. Seidman, of New York City, for appellant. J. A. Hilton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHAPMAN, Respondent, v. GLOBE MALLEABLE IRON & STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Fred B. Chapman against the Globe Malleable Iron & Steel Company. No opinion. Judgment and order affirmed, with costs. See, also, 163 App. Div. 935, 148 N. Y. Supp. 1108.

CHARTERED CO. OF LOWER CALIFORNIA v. ROWLETTE. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Chartered Company of Lower California against Thos. M. Rowlette. No opinion. Motions to dismiss appeals granted, with $10 costs unless appellant comply with terms stated in orders. Orders filed.